UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL DRUGICH,

        Plaintiff,                  Case No. 23-cv-12520
                                               Hon. Matthew F. Leitman

v.

McLAREN HEALTH
CARE CORPORATION,

        Defendant.
_____/

## ORDER PROHIBITING FILINGS IN THIS ACTION UNTIL FURTHER ORDER OF THE COURT

On October 5, 2023, Plaintiff Cheryl Drugich filed this putative class action against Defendant McLaren Health Care Corporation. (*See* Compl., ECF No. 1.) Once McLaren appears in this action, the Court intends to hold a status conference to discuss next steps in this case. Until the Court holds that status conference, and until further order of the Court, there shall be no filings in this action other than attorney appearances. In other words, McLaren need not answer or otherwise respond to the Complaint prior to the status conference. Counsel for Drugich shall serve the Complaint and this order on McLaren as soon as is practicable.

1

Once counsel for McLaren appears in this action, the Court will schedule a status conference at a time mutually convenient for all counsel.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 17, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126