# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Cheryl Drugich, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>McLaren Health Care Corporation,<br><br>Defendant. | Case No. 23-cv-12520<br><br>Hon. Matthew F. Leitman<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Court's October 17, 2023 Order (ECF No. 6), on October 17, 2023, Defendant was served with Plaintiff Drugich's Complaint (ECF No. 1), and the Court's October 17, 2023 Order (ECF No. 6). *See* ECF No. 9 for full details of service.

                                          */s/ E. Powell Miller*
                                          E. Powell Miller (P39487)
                                          **THE MILLER LAW FIRM**
                                          950 W. University Drive, Suite 300
                                          Rochester, MI 48307
                                          T: (248) 841-2200
                                          epm@millerlawpc.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: (866) 252-0878
gklinger@milberg.com

Nick Suciu
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
Email: nsuciu@milberg.com

Benjamin F. Johns
Samantha E. Holbrook
**SHUB & JOHNS LLC**
Four Tower Bridge,
200 Barr Harbor Drive, Ste 400
Conshohocken, PA 19428
T: (610) 477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

*ATTORNEYS FOR PLAINTIFF and PUTATIVE CLASS*